No. 1224, Misc.   PEAK *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 1221, Misc.   ROBERTS *v.* COPINGER, WARDEN. C. A. 4th Cir.   Certiorari denied.

No. 1243, Misc.   LEE *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1246, Misc.   TODD *v.* MISSOURI.   Sup. Ct. Mo. Certiorari denied.

No. 1249, Misc.   PEREZ *v.* FIELD, MEN'S COLONY SUPERINTENDENT.   Sup. Ct. Cal.   Certiorari denied.

No. 1263, Misc.   CAREY *v.* GEORGE WASHINGTON UNIVERSITY.   C. A. D. C. Cir.   Certiorari denied.

No. 1264, Misc.   ALFORD *v.* VIRGINIA.   C. A. 4th Cir. Certiorari denied.

No. 1265, Misc.   BROWN *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1272, Misc.   LINDSEY *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 1307, Misc.   DAVIS *v.* KANSAS.   Sup. Ct. Kan. Certiorari denied.

No. 1320, Misc.   CARRIER *v.* BETO, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.